UNITED STATES DISTRICT COURT
~~[illegible]~~ Southern DISTRICT OF NEW YORK

Mr. Julio Ramirez
#79056-054
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

New York Presbyterian Hospital et. al
E. L. Tatum Jr. (Warden)
R. Beaudouin (Staff Physican)
I. Joaquin (P.A.)
Ms. Olivares (Counselor)
E. Walkes (Counselor)
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

17 CV 7801

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ___

I.  Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff   Julio Ramirez

If you are incarcerated, provide the name of the facility and address:

M.C.C. 150 Park Row
New York, New York 10007

Prisoner ID Number:   79056-054

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: New York Presbyterian Hospital

Job Title: _____

Address: _____

Defendant No. 2

Full Name: E.L. Tatum Jr. (Warden)

Job Title: Warden

Address: M.C.C. 150 Park Row N.Y. N.Y. 10007

Defendant No. 3

Full Name: R. Beaudouin

Job Title: Staff Physican

2

|                | |
|----------------|-|
|                | Address: 150 PARK ROW, N.Y. N.Y. 10007 |
| Defendant No. 4 | Full Name: I. JOAQUIN |
|                | Job Title: P.A. |
|                | Address: 150 PARK ROW M.C.C. N.Y. N.Y. 10007 |
| Defendant No. 5 | Full Name: MS. OLIVARES |
|                | Job Title: Counselor |
|                | Address: 150 PARK ROW M.C.C. N.Y. N.Y. 10007 |

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? **Outside Hospital And M.C.C. Facility 150 PARK ROW N.Y. N.Y. 10007**

When did the events happen? (include approximate time and date) **It Started in MAY/2017 etc...**

3

Facts: (what happened?) On or about May/2017, I started to complain about a serious chronic pain in my right lower groin area, which I started to write numerous of cop-out(s) to the medical Dept. Here at M.C.C. Also I complained to numerous of staff members here at M.C.C. Officers, Counselors etc. I was shocked that not 1 M.C.C. official took my medical issue(s) serious, nor did anybody responded to my cop-out(s) Also when I spoke to a doctor here at M.C.C. who came to the housing unit for other reasons... He stated to me that he was not my doctor! He disregard the chronic pain I was experiencing at the time. I did/could not get no treatment at the time due to the jail being on lock down, after a couple of days... I again complained to a ~~****~~ female officer who helped/assisted me to get to medical assistance/sick-call which after being →

II.A.  Injuries.  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

"No"? I had a "Surgery" it was a rush job! No treatment(s) no follow up(s) I am having severe, debilitating and serious ongoing pain in my right lower groin area. which is interfering with my ability to eat, stand erect and otherwise function normally.

4

Seen, I was only given a pill for pain. Nobody did no do a real check-up! To find out what was wrong with me. It continue all the way up to the end of July/2017 (Negligence) I was in serious pain, and could not eat or walk etc... So I called and spoke to my family and criminal lawyer about how I was being denied medical treatment at this facility M.C.C. The (criminal) lawyer Mr Sears esq. stated He spoke with staff at M.C.C. about my medical issue(s) + concerns. Which it fell on deaf ears! Then He send a "Notice of electronic Filing" dated: 7/28/2017 and we still did not get an answer/response to the Notice of electronic filing. Then in and or about August right after the feeding/chow I came into my cell and fell!!! Thats when the

Housing unit officer called medical. I was tooken down stairs to the medical unit only to be rushed to the outside hospital were I had to go to the Emergency unit to have a serious surgery done!! The hospital was very negligence. They did not want to see or treat me, I begged them (Hospital officials) to please do not send me back to M.C.C. like this.... After continuance begging they the hospital D.O see me and gave me a rush — "Surgery" job!! To this present day/date I am still in pain...[Chronic pain] And I've been having Alot of Abnormal protuberance. upon being discharged from the hospital the Marshal(s) came to get me in a small B.O.P. CAR. I was forced to get in and rode the whole ride in pain causing

4 of 8

Bleeding and swollen in my lower groin area. Which it caused interfering with my ability to piss, eat, stand erect and otherwise function normally. Also After being discharged from the hospital, the hospital requested that I be given a wheelchair to get around in the facility - M.C.C. Only too be denied that request too! The M.C.C. officials only used a wheelchair to bring me to my housing unit 9/North 8 cell... The Female officer who brought me too the housing unit threaten me to get up out the wheelchair and I told her I can't walk or climb stairs; [I just had Surgery]... So she ordered inmates to lift me up and they all refused to do it.... Because they was scared they might drop me! Thats when

I was threaten again, that was going to take me to the box/S.H.U. So again she ordered them to pick me up and put me in my cell... * I remind you there was NO NO medical official present and she violated my medical rights as well and putting my medical health at risk to the highest level. Because someone should of been present/overseeing coming back from the hospital and returning to my housing unit. * And for the records upon coming back to the unit, I fell down stairs!! which I was seen by medical for that accident. I want the courts to know that since I've been back from the hospital

Nobody at M.C.C. Medical Dept. did not do <u>No</u> <u>Follow up</u>(s) nor did they give me any medical treatment, pill(s) etc.... That the outside hospital proscribe/ordered for me. * just 1 week later. M.C.C. Medical Dept... just started to give me Aspirin(s) M.C.C. Medical Dept... The outside Hospital, The "(Jane Doe)" Female Officer, The counselor(s) All the Defendants Acted with malice and deliberate indifference to my serious medical needs. They All was very inadequate to my medical care/concerns. + Follow up(s). All their actions was with malice and

very unacceptable under the circumstance. They disregarded their own policy + medical procedures and was very excessive risk to my serious medical needs. Which I am still in pain and might need another surgery due to all this Negligence! The M.C.C. Medical Dept was ordered by the outside Hospital to bring me back for follow up(s) back in 8/29/2017 and still did not get no follow up(s). It is well established that the deliberated indifference to the serious Medical Needs of an inmate constitutes the "unnecessary and wanton infliction of pain proscribed by

the 8th Amendment" And can give Rise to the Level of A Constitutional Violation under Section 1983. See Estelle v. Gamble 429 U.S. 97 etc...

8 of 8                    * *[signature]*

III. Relief: State what relief you are seeking if you prevail on your complaint.

I AM in Serious Need of another "Surgery"... or at a minimum that I start Receiving better treatment. I'm suing All the Defendant(s) in their individual capacity for 2.5 million Dollar(s) for Violating my 8th Amendment (Serious medical Needs) deliberated indifference and unnecessary and wanton infliction of pain.

I declare under penalty of perjury that on __10-4-2017__, I delivered this complaint to prison authorities at __M.C.C.__ (name of prison) to be mailed to the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-4-2017

Signature of Plaintiff

Name of Prison Facility or Address if not incarcerated: M.C.C.

Address: 150 Park Row N.Y. N.Y. 10007

Prisoner ID#: 79056-054

rev. 12/1/2015

5

10-4-2017

To All Pro-se Clerk Officials

Enclosed is my Civil 1983 Law Suit... I Am Asking the Court to File my Civil Law Suit And please Send me A Copy And information on what to File/Do Next. Thank you....

Please Acknowleged Receipt.

Respectfully Submitted

x Julio Ramiz

CC: File

Julio Ramirez #79056-054
M.C.C. 150 Park Row
New York, New York 10007

Rm #230

ATTN:
" Pro-Se Clerk Office "
S.D. of N.Y.
U.S.D.C.
500 Pearl St. U.S. Courthouse
New York, New York 10007

USM P3 SDNY

2017 OCT 11 AM 11:17