UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIO RAMIREZ,

                Plaintiff,                          17 **CIVIL** 7801 (LGS)

        -against-                          **JUDGMENT**

YSMAEL JOAQUIN, ET AL.,
                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 6, 2020, the motion for summary judgment is GRANTED, and the request to make additional filings and amend the Complaint are DENIED; accordingly, the case is closed.

**Dated:** New York, New York
           July 7, 2020

                                                      **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                               **BY:**
                                                            **Deputy Clerk**