```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   JULIO RAMIREZ,                                           :
                                 Plaintiff,                 :
                                                            :    17 Civ. 7801 (LGS)
                  -against-                                 :
                                                            :          ORDER
   ESKER L. TATUM, et al.,                                  :
                                 Defendants.                :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Opinion & Order dated July 6, 2020, Defendants' motion for summary judgment was granted (Dkt. No. 185).  As explained in the Opinion & Order, the motion for summary judgment was deemed ready for decision since January 22, 2020, the date by which -- after two extensions -- *pro se* Plaintiff was required to file any opposition.  The Order dated December 3, 2019, advised that no further extensions would be allowed (Dkt. No. 178). Plaintiff's filings through January 22, 2020, including the declarations at Dkt. Nos. 172, 173 and 174, were construed as Plaintiff's opposition and were reviewed in connection with the Opinion & Order;

WHEREAS, on July 9, 2020, Mr. McIntyre filed an opposition to Defendants' motion for summary judgment (Dkt. No. 186), and on July 10, 2020, Plaintiff filed declarations (Dkt. No. 187).  It is hereby

**ORDERED** that Mr. McIntyre's filing at Dkt. No. 188 will be stricken.  As the prior Orders (Dkt. Nos. 142, 171) state, Mr. McIntyre cannot represent Plaintiff because he is not an attorney and cannot act on behalf of Plaintiff.  Mr. McIntyre is advised not to file any other documents in this action, as they will not be accepted.  It is further

**ORDERED** that Plaintiff is advised that his recently-filed declarations (Dkt. No. 187)

were already submitted in this action at Dkt. Nos. 172, 173 and 174.  These declarations were reviewed and considered in connection with the decision to grant Defendants' motion for summary judgment.

The Clerk of Court is respectfully directed to strike Dkt. No. 188 and to mail a copy of this Order to *pro se* Plaintiff and non-party, Brandon McIntyre, FCI Fort Dix-West, P.O. Box 2000, Joint Base MDL, NH 08640.

Dated:  July 15, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**